**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID WILLIAM ENGSTROM**                                  **PLAINTIFF**

**v.**                 **CASE NO. 4:16CV00588 BSM**

**DOC HOLLADAY, et al.**                                    **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Engstrom's claims against Defendant Doc Holladay will be dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 3rd day of October 2016.

_____
UNITED STATES DISTRICT JUDGE