# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DAVID WILLIAM ENGSTROM**                                              **PLAINTIFF**

v.                    **CASE NO. 4:16CV00588 BSM**

**DOC HOLLADAY, et al.**                                                    **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 34] and objections submitted by plaintiff David William Engstrom [Doc. No. 37] have been reviewed. After a review of the entire record, the RD is adopted.

The clerk is directed to amend the docket to reflect the correct spelling of defendant Sara Speer's name as "Sarah Spears". *See* Doc. No. 27. Defendant Carl Johnson's motion [Doc. No. 30] to adopt defendant Randy Morgan and Sarah Spear's motion for summary judgment [Doc. No. 27] is granted and defendants' motion for summary judgment [Doc. No. 27] is granted. Accordingly, Engstrom's cause of action is dismissed without prejudice for failure to exhaust administrative remedies. Finally, any *in forma pauperis* appeal taken from this order adopting the RD will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of April 2017.

                                                                               /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE