IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID WILLIAM ENGSTROM**                                     **PLAINTIFF**

v.                  **CASE NO. 4:16CV00588 BSM**

**DOC HOLLADAY, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 14th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE